FEE PAID

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 13 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1. Name: BLUELEDA DIGITAL, LLC
2. Address: 21540 Prairie St
3.           Ste A
4.           Chatsworth, CA 91311
5. Phone number: 415-251-3649
6. E-mail Address: legal@blueleda.com
7. Pro Se

# UNITED STATE DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUELEDA DIGITAL, LLC., a Delaware corporation qualified to do business in the) State of California, <br><br> Plaintiff, <br> vs. <br> GOOGLE, INC., a Delaware corporation qualified to do business in the State of California; YOUTUBE LLC, a Delaware limited liability company qualified to do business in the State of California; NAVA KAKMAR MANDEGAR CO, an Iranian company, REZA ROSTAMI, an | CASE NO. 2:20-CV-03522-JAK-ASx <br><br> **COMPLAINT FOR:** <br> 1. **COPYRIGHT INFRINGEMENT;** <br> 2. **INJUCTIVE RELIEF;** <br> AND <br> 3. **INJUCTIVE RELIEF** <br><br> **DEMAND FOR JURY TRIAL** |

1

COMPLAINT

004204

1  individual; ALIREZA JAFARI, an
2  individual; EHSAN RAZZAZI, an
3  individual; SAEED VAYGHANI, an
4  individual;
5      Defendants.

Plaintiff Blueleda Digital, LLC., alleges as follows:

## PARTIES

1. Plaintiff Bluelda Digital LLC. (hereinafter sometimes referred to as "Blueleda" or "Plaintiff") is and, at all times mentioned herein, was a Delaware corporation qualified to do business in the State of California, with offices in the City of Chatsworth, County of Los Angeles, State of California, also having multiple branched in Australia include Blueleda Pty Ltd and Natro Technic Pty Ltd.

2. Blueleda informed and believes and based on such information and belief alleges that Defendant Google, Inc., is and, at all times mentioned herein, was a Delaware corporation qualified to do business in the State of California, with offices in Mountain View, California.

3. Blueleda is informed and believes and based on such information and belief alleges that Defendant YouTube, LLC, is and, at all times mentioned herein, was a Delaware limited liability company qualified to do business in the State of California, with offices in Mountain View, California. Blueleda is informed and believes and based on such information and belief alleges that Defendant YouTube, LLC, is a wholly owned subsidiary of Defendant Google Inc.

4. Blueleda is informed and believes and based on such information and belief alleges that Defendants Google, Inc., and YouTube, LLC, own and operate YouTube, a video-sharing website with offices in San Bruno, California.

Case 2:20-cv-03522-JAK-AS   Document 1   Filed 04/16/20   Page 4 of 20   Page ID #:4

5. Blueleda is informed and believes and based on such information and belief alleges that Defendants "Navaa Kamkar Mandegar Co", doing business as "Navaak"(hereinafter referred to as "Navaak"), a digital media distribution company and owner of "TPM - Top Persian Music " Youtube Channel https://youtube.com/channel/UC-Nk4Gjd50qfttcg1ydWyPA , it incorporated in the Islamic Republic of Iran with offices in Dmond group, North Kargar Street, Campus of Tehran Technical College, Qalamchi Library Parking, Tehran, 515-14395 Islamic Republic of Iran.

6. Blueleda is informed and believes and based on such information and belief alleges that Defendant Reza Rostami is and, at all times mentioned herein, was an individual and a citizen of Germany and residing in Gartenallee 32, Bremen, Bremen 28359 DE, Germany. Reza Rostami is owner of two YouTube channel called "Persian Media Group" https://youtube.com/channel/UCuGnnvoIOfRfkvYVHzTUWYQ and "Persian Music Group" https://youtube.com/channel/UC8u6telGfDJ2wd8lSwLoauQ.

7. Blueleda is informed and believes and based on such information and belief alleges that Defendant Ehsan Razzazi is and, at all times mentioned herein, was an individual and a citizen of the Islamic Republic of Iran and residing in Tehran, Iran, and working for Defendant Navaak.

8. Blueleda is informed and believes and based on such information and belief alleges that Defendant Alireza Jafari is and, at all times mentioned herein, was an individual and a citizen of the Islamic Republic of Iran and residing in Tehran, Iran, and working for Defendant Navaak.

9. Blueleda is informed and believes and based on such information and belief alleges that Defendant Reza Zaniani is and, at all times mentioned herein, was an individual and a citizen of the Islamic Republic of Iran and residing in Tehran, Iran and working for Defendant Reza Rostami.

3
COMPLAINT

10. Blueleda is informed and believes and based on such information and belief alleges that Defendant Saeed Vayghani is and, at all times mentioned herein, was an individual and a citizen of the Islamic Republic of Iran and residing in Tehran, Iran, and working for Defendant Navaak.

## JURISDICTION AND VENUE

11. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. $1338 and 17 U.S.C. 9301.

12. Venue is proper pursuant to 28 U.S.C. 91391(b) because Plaintiff's claims arose in the District.

## PLAINTIFE'S OWNERSHIP OF SUBJECT COPYRIGHT

13. From Feb 5, 2010, Blueleda and Emad Talebzadeh and Zaniar Khosravi and Sirvan Khosravi and Shahab Ramezan and Hasan Sabzi (professionally known as Barad hereinafter referred to as "Barad") and Ali Zande Vakili and Omid Hajili, (hereinafter referred to as "Artists"), entered into written Artists And Record Company Multiple Rights Agreements (hereinafter sometimes referred to as "the Agreements'). Pursuant to the Agreements, Blueleda engaged Artists to render exclusive "Entertainment Services" and Artists accepted such engagement and agreed to render such services exclusively in the "Territory" to Blueleda during the "Term" of the Agreements. "Entertainment Services" was defined as the exclusive services of Artists, including but not limited to, recording, publishing, merchandise rights, and live performances. The "Term" of the Agreements is fifteen years, with options, and the "Territory" is the World.

14. Pursuant to the Agreement, Blueleda produced, promoted, and distributed certain artists performances. Blueleda complied in all respects with the Copyright Act of 1976 and all other laws governing copyright and registered said works with the United States Copyright Offices, including the artist's songs; "Heif", "Koja Beram", "Chizi Nagoo", "Akharin Lahze", "Gole Sorkh", "Koname Shiran", "Shahre Hasood", "Sattarkhan", "Lahzeye Shirin", "Ye Gharibeh", "Jadde Shab", "Be Soye to", "Zendegi Kon", "Iran", "Vaghte Gole Ney", "Eshghe Ghadimi", "Fekr E Bekr", "Shahre Baran", "Halamo Nemifahme", "Bezan Be Bikhiali", "Maghrour", "Mano Ashegham Kard", "Alaghe Live", "Namahdoud",

"Mano Asheghan Kard", "Maghrour", "Kojaei", "Yare Dordoone", "Dooset Daram", "Halamo Nemifahme", "Azizam", "Alaghe Live", "Bi Nazir", "Eshghe Delam", "Ghadam Mizanam", "Eteraf", "Hame Donyami", "Ye Alameh", "Khabe Boland", "Kojaei", "Asheghet Misham", "Age Nabinamet", "Mage Darim", "Namahdood", "Bi Khabi", "Ye Doroogh", and "Harasoon" Each individual song in the Singles collection albums and individual tracks were registered with the United States Copyright Offices.

## DEFENDANTS INITIAL ACTS OF INFRINGEMENT

15. After May 1, 2019 and after the copyright registration of the above-mentioned Artists performances, Defendants, and each of them, infringed the registered copyrights by uploading videos and sound recordings containing the above-mentioned copyrighted material of Blueleda as follows:

  a. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=vVv_oabALxw under the display name "Heif" Blueleda copyright number for this song is: SR0000857490;

  b. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=F_mp4_kZrAs under the display name "Koja Beram"; Blueleda copyright number for this song is: SR0000857490;

  c. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=wBmIL8U6opI under the display name "Chizi Nagoo"; Blueleda copyright number for this song is: SR0000857490;

  d. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=BE9ipm9kv1g under the display name "Akharin Lahze"; Blueleda copyright number for this song is: SR0000859916;

e. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=27WmJypyMGY under the display name "Gole Sorkh";Blueleda copyright number for this song is: SR0000849492;

f. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=SXmRJ1kpM5o under the display name "Koname Shiran";Blueleda copyright number for this song is: SR0000849492;

g. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=MDkaUEyiXz0 under the display name "Shahre Hasood";Blueleda copyright number for this song is: SR0000849492;

h. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=CtkjZJgJtXw under the display name "Sattarkhan";Blueleda copyright number for this song is: SR0000849492;

i. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=wV1ua0V9EFM under the display name "Lahzeye Shirin";Blueleda copyright number for this song is: SR0000849492;

j. Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=4Q6wDucq8f8 under the display name "Ye Gharibeh";Blueleda copyright number for this song is: SR0000849492;

k. Defendant Alireza Jafari uploaded copyrighted material to http://youtube.com/watch?v=ELJ1V8tVUTQ under the display name "Jadde Shab";Blueleda copyright number for this song is: SR0000849492;

l.  Defendant Alireza Jafari uploaded copyrighted material to http://youtube.com/watch?v=aEU3r_iWQkI under the display name "Be Soye to";Blueleda copyright number for this song is: SR0000849492;

m.  Defendant Alireza Jafari uploaded copyrighted material to http://youtube.com/watch?v=ZK5U_QmpFWs under the display name "Zendegi Kon";Blueleda copyright number for this song is: SR0000849492;

n.  Defendant Alireza Jafari uploaded copyrighted material to http://youtube.com/watch?v=XbRLJ2kdcOM under the display name "Iran";Blueleda copyright number for this song is: SR0000849492;

o.  Defendant Alireza Jafari uploaded copyrighted material to http://youtube.com/watch?v=YyUNVlQx3qI under the display name "Vaghte Gole Ney";Blueleda copyright number for this song is: SR0000852625;

p.  Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=58IjXp6t5pc under the display name "Eshghe Ghadimi";Blueleda copyright number for this song is: SR0000857490;

q.  Defendant Reza Rostami uploaded copyrighted material to http://youtube.com/watch?v=nKKbwb8DgFU under the display name "Fekr E Bekr";Blueleda copyright number for this song is: SR0000848432;

r.  Defendant Alireza Jafari uploaded copyrighted material to https://youtube.com/watch?v=QUI5sCviUkw under the display name "Shahre Baran";Blueleda copyright number for this song is: SR0000862171;

s.  Defendant Reza Rostami uploaded copyrighted material to

https://youtube.com/watch?v=1yzp_-RFTQg under the display name "Halamo Nemifahme";Blueleda copyright number for this song is: 1-8157530191;

t. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=WKqJAi3WZhM under the display name "Bezan Be Bikhiali ";Blueleda copyright number for this song is: 1-8157530191;

u. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=YBWRWckODQQ under the display name "Maghrour";Blueleda copyright number for this song is: 1-8157530191;

v. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=BcdIaoVQ5E0 under the display name "Mano Ashegham Kard";Blueleda copyright number for this song is: 1-8682349177;

w. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=NHZ5tvHcRYY under the display name "Alaghe Live";Blueleda copyright number for this song is: 1-8157530191;

x. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=ERAO9Vx0nDA under the display name "Namahdoud";Blueleda copyright number for this song is: 1-8157530191;

y. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=0712iH67o2A under the display name "Mano Ashegham Kard";Blueleda copyright number for this song is: 1-8682349177;

z. Defendant Reza Rostami uploaded copyrighted material to

https://youtube.com/watch?v=iUeD5KFylRg under the display name "Maghrour"; Blueleda copyright number for this song is: 1-8157530191;

aa. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=QeQuYjpOI0M under the display name "Kojaei"; Blueleda copyright number for this song is: 1-8157530191;

bb. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=IKKQ68sac1c under the display name "Yare Dordoone"; Blueleda copyright number for this song is: 1-8157530191;

cc. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=O45rb8Xlcic under the display name "Dooset Daram"; Blueleda copyright number for this song is: 1-8157530191;

dd. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/tnHu5H3bZgs under the display name "Halamo Nemifahme"; Blueleda copyright number for this song is: 1-8157530191;

ee. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/szrL-ci4x_0 under the display name "Azizam"; Blueleda copyright number for this song is: 1-8157600382;

ff. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/q7mZ00WRfb0 under the display name "Alaghe Live"; Blueleda copyright number for this song is: 1-8157530191;

gg. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/tpPlReb2TYM under the display name "Bi Nazir"; Blueleda copyright number for this song is: 1-8157530191;

hh. Defendant Reza Rostami uploaded copyrighted material to

https://youtu.be/kv4tpoROm3E under the display name "Eshghe Delam";Blueleda copyright number for this song is: 1-8157530191;

ii. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/rHiq6HSsdq0 under the display name "Ghadam Mizanam";Blueleda copyright number for this song is: 1-8157530191;

jj. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/gzJ4SqoOWAg under the display name "Eteraf";Blueleda copyright number for this song is: 1-8157530191;

kk. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/NAyFz-Kw9wM under the display name "Hame Donyami";Blueleda copyright number for this song is: 1-8157530191;

ll. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/Z3oivjKR-TU under the display name "Ye Alameh";Blueleda copyright number for this song is: 1-8157530191;

mm. Defendant Ehsan Razzazi uploaded copyrighted material to https://youtube.com/watch?v=G4ESzYVWH14 under the display name "Khabe Boland";Blueleda copyright number for this song is: 1-8157530191;

nn. Defendant Reza Rostami uploaded copyrighted material to https://youtube.com/watch?v=ayg8uDClNwY under the display name "Kojaei";Blueleda copyright number for this song is: 1-8157530191;

oo. Defendant Alireza Jafari uploaded copyrighted material to https://youtube.com/watch?v=ypS_OCEmam8 under the display name "Asheghet Misham";Blueleda copyright number for this song is: 1-8682349225;

pp. Defendant Reza Rostami uploaded copyrighted material to

      https://youtu.be/vfomBkRT5jc under the display name "Age Nabinamet";Blueleda copyright number for this song is: 1-8157530191;

qq. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/jgAlXWqi2EA under the display name "Mage Darim";Blueleda copyright number for this song is: 1-8157530191;

rr. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/3gn7uJFwYfM under the display name "Namahdood";Blueleda copyright number for this song is: 1-8157530191;

ss. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/xN4govf66es under the display name "Bi Khabi";Blueleda copyright number for this song is: 1-8157530191;

tt. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/GV8IanBR6RU under the display name "Ye Doroogh";Blueleda copyright number for this song is: 1-8157530191;

uu. Defendant Reza Rostami uploaded copyrighted material to https://youtu.be/l2hCDD0m2sI under the display name "Harasoon";Blueleda copyright number for this song is: 1-8682349273;

## NOTIFICATIONS AND COUNTER-NOTIFICA TIONS UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT

16.    From Nov 2019 to March 2020, pursuant to the Digital Millennium Copyright Act, 17 U.S.C. 9512, Blueleda gave written notifications of infringement to YouTube in regard to the URLs set forth in Paragraph 15 above. Blueleda is informed and believes and based on such information and belief alleges that Defendant YouTube, LLC, informed Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani, and each of them, of the written

notifications of infringement.

17. In response to the above-mentioned notification, YouTube removed the material set forth in Paragraph 16 and/or disabled access to the infringing material.

18. From October 2019 to March 2020, Defendants sent counter-notifications to YouTube pursuant to the Digital Millennium Copyright Act, 17 U.S.C. §512.

19. As a result of the counter-notifications, YouTube reinstated most of the URLS set forth in Paragraph 15 and, thus, restored access to the infringing material.

FIRST CLAIM FOR RELIEF FOR COPYRIGHT INFRINGEMENT BY PLAINTIFF BLUELEDA, AGAINST DEFENDANTS NAVAAK, REZA ROSTAMI, ALIREZA JAFARI, EHSAN RAZZAZI, SAEED VAYGHANI

20. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1 through 29 as though fully set forth herein.

21. At no time has Plaintiff authorized Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani to reproduce, adapt, or distribute the abovementioned copyrighted material.

22. Through the notification process pursuant to the Digital Millennium Copyright Act, 17 U.S.C. $512, set forth above in Paragraph 16, Blueleda notified Defendants, Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani that they have infringed the copyrights of Blueleda, and Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani willfully, intentionally, and recklessly continue to infringe the above-mentioned copyrights.

23. By reason of the infringement and threatened infringement of Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed

Vayghani, Plaintiff has sustained and will continue to sustain substantial injury loss, and damage to its ownership rights in the copyrighted work.

24. Plaintiff is entitled to recover from Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani, and each of them, the damages sustained as a result of Defendants' acts of copyright infringement. Plaintiff is at present unable to ascertain the full extent of the monetary damages that it has suffered by reason of Defendants' acts of copyright infringement, but Plaintiff 1s informed and believes, and on the basis of such information and belief alleges, that Plaintiff has sustained damage in an amount exceeding $2,000,000.00.

25. Plaintiff 1s further entitled to recover from Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani, and each of them, the gains, profits, and advantages said Defendants have obtained as a result of their acts of copyright infringement. Plaintiff is at present unable to ascertain the full extent of the gains, profits, and advantages said Defendants have obtained by reason of their acts of copyright — infringement, but Plaintiff 1s informed and believe, and on the basis of such information and belief alleges, that said Defendants obtained such gains, profits, and advantages in an amount exceeding $2,000,000.00.

**SECOND CLAIM FOR RELIEF FOR INJUNCTIVE RELIEF BY PLAINTIFF BLUELEDA, AGAINST DEFENDANTS NAVAAK, REZA ROSTAMI, ALIREZA JAFARI, EHSAN RAZZAZI, SAEED VAYGHANI**

26. Plaintiff incorporates by reference each and every allegation contained in Paragraphs | through 25 as though fully set forth herein.

27. Irreparable harm to Plaintiff 1s imminent as a result of the conduct of 'Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani, and Plaintiff is without an adequate remedy at law. Plaintiff is entitled to an injunction restraining said Defendants, their employees, representatives, and all persons acting in concert with them from engaging in further acts of copyright

14
COMPLAINT

infringement.

## THIRD CLAIM FOR RELIEF FOR INJUNCTIVE RELIEF
## BY PLAINTIFF BLUELEDA, - AGAINST DEFENDANTS GOOGLE, INC., AND YOUTUBE, LCC

28. Plaintiff incorporates by reference each and every allegation contained in Paragraphs | through 25 as though fully set forth herein.

29. Irreparable harm to Plaintiff is imminent as a result of the conduct of Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani, and Plaintiff is without an adequate remedy at law.

30. Pursuant to the Digital Millennium Copyright Act, 17 U.S.C. §512, Plaintiff is entitled to the following:

  a. An order restraining Google, Inc., and YouTube, LLC, from providing access to the above-mentioned infringing material or activity residing at the above-mentioned URLs; and

  b. An order restraining Google, Inc., and YouTube, LLC, from providing access to Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani, who are engaging in infringing activity, by terminating said Defendants' accounts.

## PRAYER

Wherefore, Plaintiff prays as follows:

IN REGARD TO THE FIRST CLAIM FOR RELIEF FOR COPYRIGHT INFRINGEMENT:

1. For actual damages and Defendants' profits in an amount in excess of $4,000,000.00 to be determined at trial, plus interest;

RELIEF:

2. For a temporary restraining order, preliminary injunction, and permanent injunction restraining Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan Razzazi, Saeed Vayghani, and each of them, and all persons acting in concert with them from reproducing, distributing, adapting, displaying, promoting, offering for sale, or posting on the internet any of Plaintiff's copyrighted material includes but not limited to: "Heif", "Koja Beram", "Chizi Nagoo", "Akharin Lahze", "Gole Sorkh", "Koname Shiran", "Shahre Hasood", "Sattarkhan", "Lahzeye Shirin", "Ye Gharibeh", "Jadde Shab", "Be Soye to", "Zendegi Kon", "Iran", "Vaghte Gole Ney", "Eshghe Ghadimi", "Fekr E Bekr", "Shahre Baran", "Halamo Nemifahme", "Bezan Be Bikhiali", "Maghrour", "Mano Ashegham Kard", "Alaghe Live", "Namahdoud", "Mano Ashegham Kard", "Maghrour", "Kojaei", "Yare Dordoone", "Dooset Daram", "Halamo Nemifahme", "Azizam", "Alaghe Live", "Bi Nazir", "Eshghe Delam", "Ghadam Mizanam", "Eteraf", "Hame Donyami", "Ye Alameh", "Khabe Boland", "Kojaei", "Asheghet Misham", "Age Nabinamet", "Mage Darim", "Namahdood", "Bi Khabi", "Ye Doroogh", and "Harasoon".

IN REGARD TO THE THIRD CLAIM FOR RELIEF FOR INJUNCTIVE RELIEF:

3. For a temporary restraining order, preliminary injunction, and permanent injunction restraining Google, Inc., and YouTube, LLC, from providing access to the above-mentioned infringing material or activity residing at the above-mentioned URLs;

4. or a temporary restraining order, preliminary injunction, and permanent injunction ordering Google, Inc., and YouTube, LLC, to terminate the accounts of Defendants Navaak, Reza Rostami, Alireza Jafari, Ehsan

Razzazi, Saeed Vayghani, who are engaging in infringing activity;

IN REGARD TO ALL CLAIMS FOR RELIEF:

5. For Plaintiff's attorney's fees and costs; and
6. For such other and further relief as the Court deems just and proper.

Dated:      March 30, 2020            By------*[signature]*------
                                       Plaintiff Blueleda

## DEMAND FOR JURY TRIAL

Plaintiff Blueleda, hereby demands a trial by jury in this action.

Dated:      March 30, 2020            By------*[signature]*------
                                       Plaintiff Blueleda



