UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-03522 JAK (ASx) | Date | April 24, 2020 |
|---|---|---|---|
| Title | Blueleda Digital, LLC v. Google, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL

Plaintiff Blueleda Digital, LLC filed the complaint in this action (Dkt. 1) and entered an appearance on behalf of itself. This process was not permitted under L.R. 83-2.2.2, which provides that "[o]nly individuals may represent themselves *pro se*," and that "[n]o corporation or entity of any other kind . . . may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court . . . ."

An Order to Show Cause ("OSC") is set as to why this action should not be dismissed without prejudice because the Plaintiff cannot proceed without being represented by counsel who has entered an appearance on the docket. If an attorney admitted to practice in this District has entered an appearance on behalf of Plaintiff on or before May 11, 2020, the OSC will be discharged. If no such appearance is entered, this action will be dismissed without prejudice to its being re-filed by an attorney admitted to practice in this District.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | cw |